UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 13-23319-CIV-GRAHAM/SIMONTON

GUSTAVO B. SAMPAIO,

    Plaintiff,

vs.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/



### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon Notice of the parties' Joint Stipulation for Dismissal with Prejudice.[D.E.42]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of May, 2014.

                                                   s/Donald L. Graham
                                                 DONALD L. GRAHAM
                                                 UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record